SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00426-AB-13** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **BRANDY ORTIZ,** | |
| **Defendant.** | |

### Introduction

In October 2024, during an ongoing drug trafficking investigation, Oregon State Police troopers stopped a vehicle occupied by defendant and other drug traffickers. Troopers searched the vehicle and seized approximately 200 pounds of methamphetamine and large amounts of fentanyl and cocaine. There are no factual disputes with respect to defendant's conduct between defendant and the government. The government recommends a sentence on the low end of the guideline range followed by three years of supervised release and a $100 fee assessment.

### I. FACTUAL BACKGROUND

#### A. The Offense Conduct

On October 15, 2024, Oregon State Police troopers stopped a vehicle occupied by defendant, who was seated in a rear passenger seat, and three other known drug traffickers.

**Government's Sentencing Memorandum**                                             **Page 1**

Troopers deployed a K-9 which alerted to the presence of narcotics in the vehicle. Troopers searched the vehicle and seized approximately 200 pounds of methamphetamine, over four kilograms of fentanyl and over two kilograms of cocaine in rear seating area of the vehicle near defendant and another co-conspirator.

### B.    The Charges

Defendant is charged in Counts One and Eight, Twelve, Thirteen and Fourteen of the Indictment. On April 2, 2026, defendant pleaded guilty to Count One of the Indictment.

## II.    GOVERNMENT'S RECOMMENDED SENTENCE

|  |  |
|---|---|
| 30 | BOL (with role adjustment) |
| -4 | Minimal Role 3B1.2 |
| -3 | Acceptance |
| -2 | Safety Valve |
| -2 | 3553(a) Early Acceptance |
| -2 | Zero Point Offender |
| = 17 | 24-30 months (CHC I) |

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: June 17, 2026.                          Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ Bryan Chinwuba
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney

**Government's Sentencing Memorandum**                                    **Page 2**